UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VARIBLEND DUAL DISPENSING SYSTEMS LLC,<br><br>                      Plaintiff,<br><br>-against-<br><br>CRYSTAL INTERNATIONAL (GROUP) INC., and GERHARD BRUGGER,<br><br>                      Defendant. | Case No. 1:18-cv-10758 (ER)<br><br>**ORDER** |
| GERHARD BRUGGER,<br><br>                      Counterclaim-Plaintiff,<br><br>-against-<br><br>VARIBLEND DUAL DISPENSING SYSTEMS LLC, J. BURKE CAPITAL PARTNERS LLC, and JBCP-24 LLC,<br><br>                      Counterclaim-Defendants. | |

**Hon. Edgardo Ramos, United States District Judge:**

       Pursuant to discovery extensions granted in Doc. 90, the Case Management Conference scheduled for November 9th is adjourned to November 19, 2021 at 9 am.

**SO ORDERED.**

                                                                   **HON. EDGARDO RAMOS**
                                                              **UNITED STATES DISTRICT JUDGE**

**Dated: New York, New York**

       October 19, 2021