**GOLENBOCK EISEMAN ASSOR BELL & PESKOE** LLP

ATTORNEYS AT LAW | 711 THIRD AVENUE, NEW YORK, NY 10017-4014
T   (212) 907-7300   |   F   (212) 754-0330   |
WWW.GOLENBOCK.COM

Direct Dial No.: (212) 907-7345
Direct Fax No.: (212) 754-0330
Email Address: mmunoz@golenbock.com

## MEMO ENDORSED

June 1, 2023

> The in-person status conference scheduled for June 2, 2023, at 10:00 AM is adjourned to July 5, 2023, at 10:00 AM. If the parties reach a settlement before that date, they are directed to file a joint letter to inform the Court. SO ORDERED.
>
> *[signature]*
> Edgardo Ramos, U.S.D.J.
> Dated: June 1, 2023
> New York, New York

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *VariBlend Dual Dispensing Systems, LLC v. Crystal International (Group) Inc., et al.* (Case No. 18-cv-10758 (ER))

Dear Judge Ramos:

    This firm represents the Plaintiff and all Counterclaim-Defendants in the above-referenced action. I write jointly with counsel for the Defendant/Counterclaimant, to inform the Court that today the parties have reached sufficient understanding on key settlement terms to begin drafting a written settlement agreement.

    In an Order entered on May 19, 2023, the Court scheduled a conference for tomorrow, June 2, 2023, at 10:00 a.m. The Order referred to the status report on settlement that I filed the same day. We assume therefore that the purpose of the June 2 conference is to discuss the parties' settlement progress.

    For that reason, we now inform the Court that the parties have reached sufficient understanding to draft the actual settlement agreement; respectfully request that tomorrow's conference be adjourned; and respectfully propose that we update the Court by letter in the next 30 days as to whether an agreement has been signed or, if not, the status of the proposed settlement at that time.

Respectfully submitted,

/s/ Michael M. Munoz
Michael M. Munoz

cc:   All counsel via ECF